ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendants*
*Walmart Inc., Wal-Mart Stores, Inc. &*
*Walmart Real Estate Business Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN SPRADA, an individual, | Case No.: 2:21-cv-02266-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #5259; WAL-MART REAL ESTATE BUSINESS TRUST; CORPORATION; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 29 day of ~~February~~ March 2022.

**NAQVI INJURY LAW**

*/s/ signature/*

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
9500 W. Flamingo Rd., Ste. 104
Las Vegas, NV 89147

*Attorneys for Plaintiff*
*Susan Sprada*

DATED this 29th day of ~~February~~ March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ signature/*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. Ninth St.
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart Inc., Wal-Mart Stores, Inc. &*
*Walmart Real Estate Business Trust*

*Susan Sprada v. Walmart Inc. et al.*
Case No. **2:21-cv-02266-JCM-NJK**

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED March 30, 2022.

_____
UNITED STATES DISTRICT JUDGE

- 3 -